NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MANUEL MENDEZ-HERNANDEZ, )
)
      Appellant, )
)
v. ) Case No. 2D18-3273
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark Kiser,
Judge.

Manuel Mendez-Hernandez, pro se.


PER CURIAM.


      Affirmed.  See Leonard v. State, 192 So. 3d 1258 (Fla. 2d DCA 2016);

McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132

(Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Steward v.

State, 931 So. 2d 133 (Fla. 2d DCA 2006); Haynes v. State, 106 So. 3d 481 (Fla. 5th

DCA 2013); Labadie v. State, 840 So. 2d 332 (Fla. 5th DCA 2003); Paul v. State, 830

So. 2d 953 (Fla. 5th DCA 2002); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.